CHARLES FISKE, as Bishop Coadjutor of the Diocese of Central New York, Appellant and Respondent, *v.* ARTHUR H. BEATTY et al., Claiming to Be the Rector, Church Wardens and Vestrymen of Grace Church, Cortland, New York, et al., Respondents and Appellants.

*Religious corporations — action to restrain rector, church wardens and vestrymen of church from acting as such.*

*Fiske* v. *Beaty*, 206 App. Div. 349, affirmed.

(Argued May 19, 1924; decided June 3, 1924.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 9, 1923, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was in equity to restrain the defendant Beatty from acting as rector and the other defendants from acting as wardens and vestrymen of Grace Church, in the city of Cortland. The Appellate Division modified the judgment in favor of plaintiff by striking out the relief granted against the defendants other than Beatty and by adding provisions enjoining them from suffering Beatty to conduct religious services in Grace Church, from suffering him to occupy the rectory, and from permitting the church properties to be used in violation of the rules and usages of the church.

*Harold L. Hooker* and *Morse E. Ames* for plaintiff, appellant and respondent.

*Archibald Howard* for defendants, respondents and appellants.

Judgment affirmed, without costs, the appeal of plaintiff having been withdrawn upon the argument; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.